**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE: _____ Case No. 10-07374-13

MERCADO ALVAREZ, VIRGEN P _____ Chapter 13
_____Debtor(s)_____

# CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

---

PLAN DATED: 8/13/2010 ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION   Filed by: ☐ Debtor ☐ Trustee ☐ Other

## I. PAYMENT PLAN SCHEDULE

$ 400.00 x 60 = $ 24,000.00
$ _____ x ____ = $ _____
$ _____ x ____ = $ _____
$ _____ x ____ = $ _____
$ _____ x ____ = $ _____

TOTAL: $ 24,000.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 24,000.00

## III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,774.00

Signed: /s/ VIRGEN P MERCADO ALVAREZ
        Debtor

        _____
        Joint Debtor

## II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. OPERATING PARTNERS    Cr. DORAL BANK    Cr. _____
  # 101836734              # 9500000565      # _____
  $ 6,400.00               $ 5,600.00        $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. CRIM                   Cr. RELIABLE FINANCIAL SE Cr. _____
  # 20508504620000         # 851-5741580     # _____
  $ 1,247.06               $ 1,000.00        $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____                 Cr. _____        Cr. _____
  # _____                 # _____          # _____
  $ _____                 $ _____          $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
   COOP A/C ROOSEVELT F
5. ☐ Other:
   _____
6. ☑ Debtor otherwise maintains regular payments directly to:
   DORAL BANK           OPERATING PARTNERS
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
              ☐ Paid 100% / ☐ Other: _____
Cr. _____                 Cr. _____        Cr. _____
  # _____                 # _____          # _____
  $ _____                 $ _____          $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).

ATTORNEY'S FEES WILL BE PAID PRO RRATA WITH ARREARS OWED TO RELIABLE FIN AHEAD OF SECURED CREDITORS PER 11 USC 330.

TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS PERIODIC PAYMENTS TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS ALREADY PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT FROM THE COURT FOR SUCH PURPOSE.

DEBTOR WILL PROVIDE INSURANCE POLICY FOR VEHICLE FINANCED WITH RELIABLE WITH EASTER AMERICAN INSURANCE

---

Attorney for Debtor Jose Prieto _____  Phone: (787) 607-2066

**CHAPTER 13 PAYMENT PLAN**