

02114-PR-CC-011882394

## <u>CERTIFICATE OF COUNSELING</u>

I CERTIFY that on <u>08/04/10</u>, at <u>04:26</u> o'clock <u>PM EST</u>, <u>VIRGEN  MERCADO ALVAREZ</u> received from <u>CredAbility,</u> an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>DISTRICT OF PUERTO RICO</u>, an individual [or group] briefing (including a briefing conducted by telephone or on the Internet) that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.  A debt repayment Plan <u>was not prepared</u>.  If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate. This counseling session was conducted   <u>by Internet</u> .


Date:  <u>08-04-2010</u>                    By       <u>/s/ROBERT STOKES</u>


                                              Name    <u>ROBERT STOKES</u>


                                              Title     <u>Counselor</u>


\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency.  *See* 11 U.S.C. §§ 109(h) and 521(b).