IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In Re:

VIRGEN P MERCADO ALVAREZ

Debtor(s)

Case No.: 10-07374(ESL)

Chapter 13

## MOTION TO OBJECT CLAIM NUMBER 8-1 FILED BY RNPM, LLC

TO THE HONORABLE COURT:

COMES NOW, DEBTOR through the undersigned attorney and respectfully ALLEGES, STATES, AND PRAYS:

1. RNPM, LLC filed a proof of claim number 8-1 in the amount of $7,600.00 For attorney fees.

2. Debtor hereby objects to the attorney fees claimed in the proof of claim 8-1. though the mortgage deed provide for attorney fees, the amount claimed in the proof of claim of $7,600.00 is unreasonable for just the filing of a complaint in the estate court and no further action was taken by creditor.

3. Creditor does not provide a detailed description of services rendered, number of hours worked and hourly rate. All of which are requirements of Bankruptcy Rule 2016, when a creditor seeks payment of attorney fees from the state. We request that Creditor provide a detailed explanation of each item and in the case that this item refers to the work by an attorney regarding this case we request that they comply with Rule 2016 of the Bankruptcy Code. We also request that creditor provide us with evidence of said expenses including copy of invoices and documents, related to the foreclosure proceedings.

4. We request this Honorable Court to Order Creditor RNPM, LLC to provide us with the evidence requested in this motion and that in case that Creditor fails to provide said evidence to disallow their claim of attorney fees (claim #8-1)

WHEREFORE, it is respectfully requested from this Honorable Court that based on the above facts to Order Creditor RNPM, LLC to provide us with the evidence requested in this motion and that in case that Creditor fails to provide said evidence to disallow their claim of attorney fees.

### NOTICE

Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U. S. Bankruptcy Court for the District of

Puerto Rico. If no objection or other response is filed within the time allowed herein, the objection will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise. If you file a timely response, the court may — in its discretion-schedule a hearing.

I HEREBY CERTIFY that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF Filing System which will send a notification, upon information and belief, of such filing to the Chapter 13 Trustee, to RNPM, LLC., to the US Trustee and to all subscribed users. We will serve by regular mail this document to any creditor as per master address list upon knowing that they are non CM/ECF participants.

RESPECTFULLY SUBMITTED.

In San Juan Puerto Rico, this 5th day of October 2010.

*JPC LAW OFFICE*
Attorney for Petitioner(s)
PO BOX 363565
San Juan, PR 00936-3565
Tel: (787) 607-2066; (787) 607-2166
jpc@jpclawpr.com

ELECTRONICALLY FILED
S/ Jose M Prieto Carballo, Esq
USDC- PR 225806

```
bel Matrix for local noticing         COOP A/C ROOSEVELT ROADS          DORAL BANK
04-3                                  CARLOS A QUILICHINI PAZ ESQ       NAYELI DIAZ FEBLES ESQ
se 10-07374-ESL13                     PO BOX 9020895                    PO BOX 70308
strict of Puerto Rico                 SAN JUAN, PR 00902-0895           SAN JUAN, PR 00936-8308
d San Juan
e Oct  5 14:50:29 AST 2010
erating Partners, Co. Inc.            RECOVERY MANAGEMENT SYSTEMS CORP  RELIABLE FINANCIAL SERVICES
Neill & Gilmore                       RAMESH SINGH                      CARLOS E PEREZ PASTRANA
tibank Towers Suite 1701              25 SE 2ND AVE STE 1120            PO BOX 21382
2 Ave. Ponce de Leon                  MIAMI, FL 33131-1605              SAN JUAN, PR 00928-1382
n Juan, PR 00918-2001

 Bankruptcy Court District of P.R.    ADM DE SERV & DESARROLLO AGROPECUARIO   CDT CANOVANAS
S. Post Office and Courthouse Building  P O BOX 601                    APARTADO 1612
0 Recinto Sur Street, Room 109        RIO GRANDE, PR 00745-0601         CANOVANAS, PR 00729-1612
n Juan, PR 00901-1964


TIFINANCIAL                           COOP A/C ROOSEVELT ROADS          CRIM
O BOX 70919                           BOX 31                            P.O. Box 195387
ARLOTTE, NC  28272-0919               FAJARDO, PR 00738-0031            SAN JUAN, PR 00919-5387



RAL BANK                              HECTOR H COLON ATIENZA            HIMA SAN PABLO FAJARDO
O BOX 70308                           P O BOX  21382                    P O BOX 1028
N JUAN, PR  00936-8308                SAN JUAN, PR 00928-1382           FAJARDO, PR 00738-1028



                                      LUCAS P VALDIVIESO                MUNICIPIO DE FAJARDO
S                                     P O BOX 362400                    P O BOX 865
 BOX 21125                            SAN JUAN, PR  00936-2400          FAJARDO PR 00738-0865
ILADELPHIA, PA  19114-0325



ERATING PARTNERS CO                   PRTC                              RELIABLE FINANCIAL SERVICES
O BOX 194499                          P O BOX 360998                    P O BOX 21382
N JUAN, PR  00919-4499                SAN JUAN, PR  00936-0998          SAN JUAN, PR 00928-1382



PM, LLC                               Rjm Acquisitions Llc              JOSE M PRIETO CARBALLO
 Box 194499                           575 Underhill Blvd                JPC LAW OFFICE
n Juan, Puerto Rico  00919-4499       Suite 224                         PO BOX 363565
                                      Syosset, NY 11791-3416            SAN JUAN, PR 00936-3565



SE RAMON CARRION MORALES              MONSITA LECAROZ ARRIBAS           VIRGEN P MERCADO ALVAREZ
 BOX 9023884                          OFFICE OF THE US TRUSTEE (UST)    PO BOX 39
N JUAN, PR 00902-3884                 OCHOA BUILDING                    CEIBA, PR 00735-0039
                                      500 TANCA STREET  SUITE 301
                                      SAN JUAN, PR 00901-1938


 d of Label Matrix
   ilable recipients      26
   passed recipients       0
   tal                    26
```